IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1. HEATHER DENISE HARRIS-MELHUS,**
**2. SYLVIA ROME JIMENEZ,**
**3. ANTONIO FUENTES SANTIAGO,**

    **Defendants.**

---

**INDICTMENT**
18 U.S.C. §§ 657, 1344 and 2

---

The Grand Jury charges:

**INTRODUCTORY ALLEGATIONS**

1. At all times relevant to the charge contained in this count, US Alliance Credit Union now known as ENT Federal Credit Union Administration (hereinafter referred to as Alliance Credit Union) was a financial institution the deposits of which were insured by the National Credit Union Administration.

2. At all times relevant to the charge contained in this count, HEATHER DENISE HARRIS-MELHUS was an employee of Alliance Credit Union.

3. At all times relevant to the charge contained in this count, Alliance Credit Union had a

loan program that permitted eligible account holders to receive a loan equal to and secured by their account balance.

    4. On or about August 7, 2007 and continuing thereafter to on or about September 10, 2007, in the State and District of Colorado, HEATHER DENISE HARRIS-MELHUS, SYLVIA ROME JIMENEZ, and ANTONIO FUENTES SANTIAGO knowingly devised a scheme to defraud Alliance Credit Union and to obtain moneys and funds owned by, and under the custody and control of, Alliance Credit Union by means of materially false and fraudulent pretenses and representations.

    5. As part of said scheme, HEATHER DENISE HARRIS-MELHUS opened credit union account #237235 in the name of SYLVIA ROME JIMENEZ which was funded with $1.00. HEATHER DENISE HARRIS-MELHUS issued a $20,000 secured loan to SYLVIA ROME JIMENEZ. SYLVIA ROME JIMENEZ did not submit the necessary loan application nor did HEATHER DENISE HARRIS-MELHUS seek the necessary manager approval to issue the loan.

    6. As part of said scheme, HEATHER DENISE HARRIS-MELHUS opened credit union account #237352 in the name of ANTONIO FUENTES SANTIAGO which was funded with $1.00. HEATHER DENISE HARRIS-MELHUS issued a $10,000 secured loan to ANTONIO FUENTES SANTIAGO. ANTONIO FUENTES SANTIAGO did not submit the necessary loan application nor did HEATHER DENISE HARRIS-MELHUS seek the necessary manager approval to issue the loan.

## COUNT 1

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count

2. To execute and attempt to execute such scheme, on or about August 9, 2007 HEATHER DENISE HARRIS-MELHUS issued Alliance Credit Union check # 97406 from

account #237235 in the amount of $5,000 to SYLVIA ROME JIMENEZ.

In violation of 18 U.S.C. §1344.

## COUNT 2

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2. To execute and attempt to execute such scheme, on or about August 9, 2007, HEATHER DENISE HARRIS-MELHUS issued Alliance Credit Union check # 97407 from account #237235 in the amount of $5,000 to SYLVIA ROME JIMENEZ.

In violation of 18 U.S.C. §1344.

## COUNT 3

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2. To execute and attempt to execute such scheme, on or about August 9, 2007, HEATHER DENISE HARRIS-MELHUS made a cash withdrawal from Alliance Credit Union account #237235 in the amount of $5,000.

In violation of 18 U.S.C. §1344.

## COUNT 4

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2. To execute and attempt to execute such scheme, on or about August 10, 2007, HEATHER DENISE HARRIS-MELHUS made a cash withdrawal from Alliance Credit Union account #237235 in the amount of $4,975.

In violation of 18 U.S.C. §1344.

## COUNT 5

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2. To execute and attempt to execute such scheme, on or about August 14, 2007, SYLVIA ROME JIMENEZ deposited Alliance Credit Union check # 97407 into Wachovia Bank National Association account #1010155343009.

In violation of 18 U.S.C. §1344.

## COUNT 6

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2. To execute and attempt to execute such scheme, on or about August 23, 2007, SYLVIA ROME JIMENEZ deposited $2500 of Alliance Credit Union check # 97406 into Wachovia Bank National Association account #1010155343009.

In violation of 18 U.S.C. §1344.

## COUNT 7

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2. To execute and attempt to execute such scheme, on or about August 23, 2007, SYLVIA ROME JIMENEZ deposited $2500 of Alliance Credit Union check # 97406 into Wachovia Bank National Association account #1010170753593.

In violation of 18 U.S.C. §1344.

## COUNT 8

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2.To execute and attempt to execute such scheme, on or about August 31, 2007, HEATHER DENISE HARRIS-MELHUS issued Alliance Credit Union check # 315976 from account #237352 in the amount of $5000 to ANTONIO FUENTES SANTIAGO.

In violation of 18 U.S.C. §1344.

### COUNT 9

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2. To execute and attempt to execute such scheme, on or about August 31, 2007, HEATHER DENISE HARRIS-MELHUS made a cash withdrawal from Alliance Credit Union account #237352 in the amount of $4,975.

In violation of 18 U.S.C. §1344.

### COUNT 10

1. The allegations made in paragraphs 1-6 are incorporated by reference into this count.

2. To execute and attempt to execute such scheme, on or about September 10, 2007, ANTONIO FUENTES SANTIAGO deposited Alliance Credit Union check #315976 into JP Morgan Chase Bank, NA account #000000757420872.

In violation of 18 U.S.C. §1344.

### COUNT 11

On or about August 9, 2007, in the State and District of Colorado, defendant HEATHER DENISE HARRIS-MELHUS, an employee of US Alliance Credit Union, an institution whose accounts are insured by the National Credit Union Administration, did knowingly embezzle, abstract, purloin and willfully misapply money, funds, and credits belonging to US Alliance Credit Union to wit: check # 97406 in the amount of $5,000.

In violation of 18 U.S.C. §657.

### COUNT 12

On or about August 9, 2007, in the State and District of Colorado, defendant HEATHER DENISE HARRIS-MELHUS, an employee of US Alliance Credit Union, an institution whose accounts are insured by the National Credit Union Administration, did knowingly embezzle, abstract, purloin and willfully misapply money, funds, and credits belonging to US Alliance Credit Union to wit: check # 97407 in the amount of $5,000.

In violation of 18 U.S.C. §657.

## COUNT 13

On or about August 9, 2007, in the State and District of Colorado, defendant HEATHER DENISE HARRIS-MELHUS, an employee of US Alliance Credit Union, an institution whose accounts are insured by the National Credit Union Administration, did knowingly embezzle, abstract, purloin and willfully misapply money, funds, and credits belonging to US Alliance Credit Union to wit: : a teller withdrawal from account #237235 in the amount of $5000.

In violation of 18 U.S.C. §657.

## COUNT 14

On or about August 10, 2007, in the State and District of Colorado, defendant HEATHER DENISE HARRIS-MELHUS, an employee of US Alliance Credit Union, an institution whose accounts are insured by the National Credit Union Administration, did knowingly embezzle, abstract, purloin and willfully misapply money, funds, and credits belonging to US Alliance Credit Union to wit: : a teller withdrawal from account #237235 in the amount of $4,975.

In violation of 18 U.S.C. §657

## COUNT 15

On or about August 31, 2007, in the State and District of Colorado, defendant

HEATHER DENISE HARRIS-MELHUS, an employee of US Alliance Credit Union, an institution whose accounts are insured by the National Credit Union Administration, did knowingly embezzle, abstract, purloin and willfully misapply money, funds, and credits belonging to US Alliance Credit Union to wit: check # 315976 in the amount of $5,000.

In violation of 18 U.S.C. §657.

## COUNT 16

On or about August 31, 2007, in the State and District of Colorado, defendant HEATHER DENISE HARRIS-MELHUS, an employee of US Alliance Credit Union, an institution whose accounts are insured by the National Credit Union Administration, did knowingly embezzle, abstract, purloin and willfully misapply money, funds, and credits belonging to US Alliance Credit Union to wit: a teller withdrawal from account #237352 in the amount of $4,975.

In violation of 18 U.S.C. §657.


A TRUE BILL

Ink signature on file in the Clerk's Office
FOREPERSON


DAVID M. GAOUETTE
UNITED STATES ATTORNEY


s/ Suneeta Hazra
By: SUNEETA HAZRA
Assistant U.S. Attorney