(Rev. 04/07) <u>DATE</u>: Nov. 2, 2009

<u>DEFENDANT</u>: Heather Harris-Melhus

<u>YOB</u>: 1976

<u>ADDRESS</u> (CITY/STATE): Jefferson County, CO

<u>COMPLAINT FILED</u>? \_\_\_\_\_ YES \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? \_\_\_\_\_ YES \_\_X\_\_ NO

    IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>: Counts 1-4, 8-9: 18 U.S.C.§ 1344, (bank fraud)
        Counts 11-16: 18 U.S.C.§ 657  (theft of credit union funds)

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE): Denver, CO

<u>PENALTY</u>: Counts 1-4, 8-9 and 11-16:   NMT 30 years imprisonment, 1,000,000 fine or both, NMT 3 years supervised release

<u>AGENT</u>: Scott Doner, FBI

<u>AUTHORIZED BY</u>: Suneeta Hazra
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_X\_\_ five days or less     \_\_\_\_\_ over five days     \_\_\_\_\_ other

<u>THE GOVERNMENT</u>

\_\_\_\_\_ will seek detention in this case     \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

<u>OCDETF CASE</u>: \_\_\_\_\_ Yes     \_\_\_\_\_ No