(Rev. 04/07)                                            DATE: November 2, 2009

DEFENDANT:          Sylvia Jimenez

YOB:                1976

ADDRESS (CITY/STATE):  Dallas, TX

COMPLAINT FILED?  _____ YES    X    NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____
      IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES    X    NO

      IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:    Counts 5-7: 18 U.S.C.§ 1344  (bank fraud)

LOCATION OF OFFENSE (COUNTY/STATE): Denver, CO

PENALTY:    Counts 5-7:  18 U.S.C.§ 1344:  NMT 30 years imprisonment, 1,000,000 fine or
          both, NMT 3 years supervised release

AGENT:      Scott Doner, FBI

AUTHORIZED BY:          Suneeta Hazra
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___X__ five days or less    _____ over five days    _____ other

THE GOVERNMENT

_____ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:    _____ Yes    _____ No