(Rev. 04/07) <u>DATE</u>: Nov. 2, 2009

<u>DEFENDANT</u>:   Antonio Fuentes Santiago

<u>YOB</u>:   1978

<u>ADDRESS</u> (CITY/STATE):  Dallas, TX

<u>COMPLAINT FILED</u>?   ____ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   ____ YES   _X_ NO

    IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>:   Count 10: 18 U.S.C.§ 1344 (bank fraud)

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE): Denver County, CO

<u>PENALTY</u>:   Count 10:  18 U.S.C.§ 1344:  NMT 30 years imprisonment, 1,000,000 fine or both, NMT 3 years supervised release

<u>AGENT</u>:   Scott Doner, FBI

<u>AUTHORIZED BY</u>:   Suneeta Hazra
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_X_ five days or less   ____ over five days   ____ other

<u>THE GOVERNMENT</u>

____ will seek detention in this case   ____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:   ____ Yes   ____ No