**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**                                                                 303-844-2527
 Judge

November 5, 2009

MEMORANDUM

TO:        Greg Langham, Clerk

FROM:   Judge Babcock                              s/LTB

RE:        Criminal Action No.  09-cr-00466
              USA v. Harris-Melhus et al


Exercising my prerogative as a senior judge, I request that this case be reassigned.


LTB/jp