IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00466-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    HEATHER DENISE HARRIS-MELHUS,**

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to this Court's Minute Order (Doc. # 67), dated March 5, 2010, and a telephone conference between counsel and Chambers staff, the Change of Plea for Defendant Harris-Melhus has been RESET to **April 21, 2010 at 3:00 p.m.** in Courtroom A601 of the Arraj Courthouse

    DATED:  March 8, 2010